JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for JPMorgan Chase Bank, National Association

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 22-30601 |
| **Demas Wai Yan**, | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by JPMorgan Chase Bank, National Association in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. JPMorgan Chase Bank, National Association must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 11/11/2022         McCarthy & Holthus, LLP

                          By:  /s/ Jennifer C. Wong
                               Jennifer C. Wong, Esq.,
                               Attorneys for JPMorgan Chase Bank, National Association