DEMAS YAN
1433 7TH AVE.
San Francisco, CA 94122
Debtor in pro se



FILED
NOV 1 4 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: DEMAS YAN,

        Debtor.

Bankruptcy Case No.: 22-30601
Chapter 13

DEBTOR'S MOTION FOR VOLUNTARY
DISMISSAL OF CHAPTER 13 CASE

[No Hearing Required]

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1).

The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/14/2022

_____
Debtor