**Entered on Docket**
**November 14, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 14, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30601 HLB |
| DEMAS WAI YAN, | ) Chapter 13 |
| Debtor. | ) |

**ORDER GRANTING DEBTOR'S MOTION FOR
VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

This case comes before the court on Debtor *pro se* Demas Wai Yan's Motion for Voluntary Dismissal of Chapter 13 Case[1] pursuant to 11 U.S.C. § 1307(b), filed November 14, 2022. The court has analyzed the Motion and hereby **ORDERS** that the Motion is **GRANTED** and the case is **DISMISSED**.

**\*\*END OF ORDER\*\***

---

[1] Dkt. 15 (the "Motion").

## Court Service List

Demas Wai Yan
1433 7th Avenue
San Francisco, CA 94122