Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Demas Wai Yan | Case No.: 22−30601 HLB 13 |
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/14/22 dismissing the above−captioned case effective 11/14/22.

Dated: <u>11/14/22</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 16