# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 11/14/2022 |
| Case: 22–30601 | Form ID: DOC | Total: 8 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
tr    David Burchard    TESTECF@burchardtrustee.com
aty    Jennifer C. Wong    bknotice@mccarthyholthus.com

        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Demas Wai Yan    1433 7th Avenue    San Francisco, CA 94122
cr    JPMorgan Chase Bank, National Association    c/o McCarthy & Holthus, LLP    2763 Camino Del Rio South, Suite 100    San Diego, CA 92108
smg    Chief Tax Collection Section    Employment Development Section    P.O. Box 826203    Sacramento, CA 94230
smg    CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001
smg    CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952

        TOTAL: 5